TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00453-CR

Ex Parte: Daniel Mathew Bible, Appellant

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 567, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order denying relief on application for writ of habeas
corpus. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: October 18, 1995

Do Not Publish